AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JIMMY CLARK,

          Plaintiff,

v.

TIMOTHY RASMUSSEN, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-375-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Complaint and the claims therein are Dismissed without prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

December 22, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters